UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

BARNETT VALERIE, ERIK SILVERMAN,
RAMSES GRAHAM, ANTHONY PETERKIN, and
SYDNEY SILVERA,

                          Plaintiffs,

                - against -

LEVY RESTAURANTS, INC., LEVY PREMIUM
FOODSERVICE LIMITED PARTNERSHIP,
BROOKLYN EVENTS CENTER, LLC dba
BARCLAYS CENTER; GIGACHEF, LLC; *and*
AARON LA GRECA, ALPHONSE LANZA *and*
LISA BREFERE *in their Individual Capacity,*

                          Defendants.

------------------------------------------------------------------ x

**ECF Case**

**Case No. 1:14-cv-04499
(KAM)(SMG)**

**STATUS REPORT**

      The Parties to this matter, through undersigned counsel and pursuant to the Court's November 10, 2014 Order, respectfully submit this status report regarding settlement negotiations. The parties continue to have productive discussions and hope to be able to reach an agreement in principle by the end of this week. The parties will submit a further status report on or before December 9, 2014.

      Also pursuant to the Court's November 10, 2014 Order, in light of the foregoing, it is requested that Plaintiffs' counsel be permitted to submit a letter in opposition to certain defendants' request for a pre-motion conference in anticipation of their Fed. R. Civ. P. 12(b)(6) motion to dismiss, in the unlikely event it becomes necessary, by December 10, 2014.

62559001.2

Dated:   New York, New York
         December 3, 2014


   /s/ Ronnie L. Silverberg
Walker G. Harman, Jr.
Ronnie L. Silverberg
The Harman Firm, PC
1776 Broadway, Suite 2030
New York, New York 10019
(212) 425-2600
wharman@theharmanfirm.com
rsilverberg@theharmanfirm.com

*Attorneys for Plaintiffs*


   /s/ Adam T. Simons                    /s/ Robert N. Holtzman
Adam T. Simons                        Robert N. Holtzman
McGuireWoods LLP                Kramer Levin Naftalis & Frankel LLP
1345 Avenue of the Americas, 7th Floor   1177 Avenue of the Americas
New York, New York 10105            New York, New York  10036-2714
(212) 548-2100                          (212) 715-9513
asimons@mcguirewoods.com        rholtzman@kramerlevin.com

*Attorneys for Defendants*              *Attorneys for Defendants*
*Levy Premium Foodservice LP*      *Brooklyn Events Center, LLC*
*Aaron La Greca*                       *Gigachef, LLC*
*and Alphonse Lanza*               *and Lisa Brefere*