UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BARNETT VALERIE, ERIK SILVERMAN,
RAMSES GRAHAM, ANTHONY
PETERKIN, *and* SYDNEY SILVERA

                               Plaintiffs,

                v.

LEVY RESTAURANTS, INC.; LEVY            14 Civ. 4499 (KAM)(SMG)
PREMIUM FOODSERVICE LIMITED
PARTNERSHIP, BROOKLYN EVENTS
CENTER, LLC dba BARCLAYS CENTER;
GIGACHEF, LLC; *and* AARON LA
GRECA, ALPHONSE LANZA *and* LISA
BREFERE *in their Individual Capacity*

                              Defendants.
------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Barnett Valerie, Erik Silverman, Ramses Graham, Anthony Peterkin, and Sydney Silvera and Defendants Levy Restaurants, Inc., Levy Premium Foodservice Limited Partnership, Brooklyn Events Center, LLC d/b/a Barclays Center, Gigachef, LLC, Aaron La Greca, Alphonse Lanza and Lisa Brefere, by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety with prejudice and with each party to bear his, her or its own attorneys' fees and costs.

Dated: New York, New York
December 19, 2014


  /s/ Walker G. Harman, Jr.
Walker G. Harman, Jr.
Ronnie L. Silverberg
The Harman Firm, PC
1776 Broadway, Suite 2030
New York, New York 10019
(212) 425-2600
wharman@theharmanfirm.com
rsilverberg@theharmanfirm.com

*Attorneys for Plaintiffs*


|   /s/ Adam T. Simons |   /s/ Robert N. Holtzman |
|---|---|
| Adam T. Simons | Robert N. Holtzman |
| McGuireWoods LLP | Kramer Levin Naftalis & Frankel LLP |
| 1345 Avenue of the Americas, 7th Floor | 1177 Avenue of the Americas |
| New York, New York 10105 | New York, New York 10036-2714 |
| (212) 548-2100 | (212) 715-9513 |
| asimons@mcguirewoods.com | rholtzman@kramerlevin.com |
| *Attorneys for Defendants* | *Attorneys for Defendants* |
| *Levy Premium Foodservice LP* | *Brooklyn Events Center, LLC* |
| *Aaron La Greca and Alphonse Lanza* | *Gigachef, LLC and Lisa Brefere* |

SO ORDERED:


_____   _____
                                                                                             DATE